
FILED
CLERK, U.S. DISTRICT COURT
SEP 24 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: S 19 - C2 - 59 JGB
  Plaintiff, )
  ) ORDER OF DETENTION PENDING
  v. ) FURTHER REVOCATION
  ) PROCEEDINGS
Sofia Alvarez ) (FED. R. CRIM. P. 32.1(a)(6); 18
  ) U.S.C. § 3143(a)(1))
  Defendant. )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
  (✓) information in the Pretrial Services Report and Recommendation
  (✓) information in the violation petition and report(s)
  (✓) the defendant's nonobjection to detention at this time
  ( ) other: _____

1

       (✓) and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓) information in the Pretrial Services Report and Recommendation
    (✓) information in the violation petition and report(s)
    (✓) the defendant's nonobjection to detention at this time
    ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/24/19

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE